1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  Brian C. Lewis (ILBN 6286715)
   Assistant United States Attorney
5     450 Golden Gate Ave., Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7200
      Fax: (415) 436-7234
7     E-Mail: brian.lewis@usdoj.gov

8  Attorneys for Plaintiff

**FILED**

MAR 20 2009

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 3:09-70250 (EMC) |
| Plaintiff, ) | |
| ) | [~~PROPOSED~~] ORDER EXCLUDING |
| v. ) | TIME FROM MARCH 18, 2009 TO |
| ) | MARCH 26, 2009 |
| MILTON RIVAS-ZUNIGA, ) | |
| Defendant. ) | |

The parties appeared before the Honorable Edward M. Chen on March 18, 2009. With the agreement of counsel for both parties, the Court found and held as follows:

1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from March 18, 2009 to March 26, 2009. Failure to grant the requested continuance would unreasonably deny the defendant continuity of counsel and deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for counsel to review the discovery with the defendant.

ORDER EXLUDING TIME
Case No. CR. 3:09-MJ-70250 (EMC)

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from March 18, 2009 to March 26, 2009, outweigh the best interest of the public and the defendant in a speedy trial and filing of an indictment or information. 18 U.S.C. § 3161(h)(8)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from March 18, 2009 to March 26, 2009, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

4. Further, the defendant consented to, and for the reasons stated above good cause was shown for, waiving the requirement that a preliminary hearing be held within the time limits set forth in Federal Rule of Criminal Procedure 5.1(c).

IT IS SO STIPULATED.

DATED: March 18, 2009

_____/s/_____
GEOFFREY HANSEN
Counsel for Milton Rivas-Zuniga

DATED: March 18, 2009

_____/s/_____
BRIAN C. LEWIS
Assistant United States Attorney

IT IS SO ORDERED.

DATED: 3/19/09

Edward M. Chen
United States Magistrate Judge